

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2019

No. 04-19-00238-CV

**PREMIEANT INCORPORATED DBA PREMIEANT,**
Appellants

v.

Constance **SNOWDEN** as next Friend and Legal Guardian of Annette Snowden, an
incapacitated Person,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14231
The Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

This is an accelerated appeal. On May 7, 2019, we ordered appellant to provide written proof that it had paid or made satisfactory arrangements to pay the fee for preparing the reporter's record. On May 15, 2019, appellant notified the court that the court reporter's fee has been paid. Therefore, we ORDER the court reporter responsible for preparing the reporter's record in this appeal, Mary Scopas, to file the reporter's record on or before **May 28, 2019**. *See* TEX. R. APP. P. 35.1, 35.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court